■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREEM WALLACE, Appellant. [23 NYS3d 879]—Judgment, Supreme Court, New York County (Patricia Nunez, J.), rendered February 13, 2014, convicting defendant, upon her plea of guilty, of burglary in the third degree, and sentencing her to a term of three to six years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence to a term of two to four years, and otherwise affirmed.

We find the sentence excessive to the extent indicated. The record does not establish a valid waiver of the right to appeal. Concur—Mazzarelli, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ.